UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                   Case No. 08-CR-291

CLARABELLE M. TELLER,

    Defendant.

**ORDER AMENDING JUDGMENT**

On May 5, 2009, the defendant appeared before the court for sentencing. Although the parties agreed that restitution would be owing, they were unable to determine the amount based upon the lack of information from the victim. The court held open the issue of restitution pursuant to 18 U.S.C. § 3664(d)(5) for a period of 90 days.

The parties have now advised the court that the restitution is agreed upon and, in fact, has been ordered for the two co-actors. The parties have stipulated that restitution may be ordered in the amount of $1,688.01, said amount to be paid jointly and severally with defendants Warren J. Grignon (09-CR-37-001) and Marcus A. Boyd (08-CR-291-002). Accordingly,

IT IS HEREBY ORDERED that the judgment of conviction be amended to include the order for restitution as set forth herein.

SO ORDERED this 23rd day of July, 2009.

                                                             s/ William C. Griesbach
                                                             WILLIAM C. GRIESBACH
                                                             United States District Judge